IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McCoy, Gavin L | Case Number: 05 B 31068 |
|---|---|---|
| | McCoy, Chrishello | Judge: Hollis, Pamela S |
| | Printed: 3/11/08 | Filed: 8/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2008
Confirmed: December 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,565.00 | |
| Secured: | | 9,073.39 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 491.61 |
| Other Funds: | | 0.00 |
| Totals: | 9,565.00 | 9,565.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Tech Credit Union | Secured | 10,972.61 | 9,073.39 |
| 2. | Illinois Dept Of Human Service | Priority | 1,692.87 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 298.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 54.45 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 1,762.61 | 0.00 |
| 6. | Bonanza Service | Unsecured | 7.81 | 0.00 |
| 7. | Nicor Gas | Unsecured | 241.52 | 0.00 |
| 8. | RMI | Unsecured | 8.60 | 0.00 |
| 9. | CB USA | Unsecured | 47.95 | 0.00 |
| 10. | Nicor Gas | Unsecured | 125.49 | 0.00 |
| 11. | Tech Credit Union | Unsecured | 527.39 | 0.00 |
| 12. | Clerk of The Circuit Court (Co | Priority | | No Claim Filed |
| 13. | Secretary Of State | Priority | | No Claim Filed |
| 14. | Universal Fidelity Corp | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | GC Services Collection Agency | Unsecured | | No Claim Filed |
| 17. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 18. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | Cash Flow Consultants | Unsecured | | No Claim Filed |
| 21. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 22. | Harris & Harris | Unsecured | | No Claim Filed |
| 23. | D & B Receivable Management | Unsecured | | No Claim Filed |
| 24. | AOL | Unsecured | | No Claim Filed |
| 25. | Homewood Memorial Gardens | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McCoy, Gavin L | Case Number: 05 B 31068 |
|---|---|---|
| | McCoy, Chrishello | Judge: Hollis, Pamela S |
| | Printed: 3/11/08 | Filed: 8/8/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Eastern Collection Corp. | Unsecured | | No Claim Filed |
| 27. | Healthcare Collection Service | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | Midwest Pediatric Cardiology | Unsecured | | No Claim Filed |
| 30. | Chex Systems Inc | Unsecured | | No Claim Filed |
| 31. | American Collection Corp | Unsecured | | No Claim Filed |
| 32. | TCF Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,739.30 | $ 9,073.39 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 136.95 |
| 5% | 51.00 |
| 4.8% | 186.48 |
| 5.4% | 117.18 |
| | _____ |
| | $ 491.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

